UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. PADILLA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DR. PATEL, et al.,<br><br>　　　　Defendants. | No. 1:19-cv-00837-NONE-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br>(Doc. No. 11.)<br><br>ORDER DISMISSING CASE, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDER<br>(Doc. No. 10.)<br><br>ORDER DIRECTING CLERK TO CLOSE CASE |

　　　　Larry Padilla ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights case pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 9, 2020, findings and recommendations were entered, recommending that this case be dismissed, without prejudice, for plaintiff's failure to comply with the court's order issued on August 21, 2020.  (ECF No. 10.)  Plaintiff was granted fourteen days in which to file objections to the findings and recommendations.  To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the Magistrate Judge on October 9, 2020, (Doc. No. 11), are adopted in full;
2. This action is dismissed, without prejudice, for plaintiff's failure to comply with the court's order; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 17, 2020**

UNITED STATES DISTRICT JUDGE